IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOSEPH DONLEY and RINDY RAINS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| HARD HEAD VETERANS, LLC, | ) |
| | ) |
| Defendant. | )   Civil Action No. 1:22-CV-121-C |

## **ORDER**

The parties have indicated to the Court that they have settled this case. Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ORDERED to file appropriate dismissal papers on or before 30 days from the date of this Order.

SO ORDERED.

Date: November 2, 2022.

_/s/ Sam R. Cummings_
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE