IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOSEPH DONLEY and RINDY RAINS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| HARD HEAD VETERANS, LLC, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:22-CV-121-C |

## ORDER

On this day, the Court considered the Joint Stipulation of Dismissal of Defendant filed by the Parties on January 27, 2023. The Parties jointly seek dismissal of the claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with all Parties to bear their own costs and fees.

SO ORDERED.

Dated January 31, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE